# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Pexcor Manufacturing Company Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| Uponor AB, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Pexcor Manufacturing Company Inc. ("Pexcor") states and alleges as follows:

### Parties

1. Plaintiff Pexcor Manufacturing Company Inc. is a Canadian corporation having its principal place of business at 700 9th Avenue SW, Suite 3000, Calgary, Alberta, Canada T2P 3V4.

2. Defendant Uponor AB is a Swedish corporation having its principal place of business at Industrivägen 1, SE-513 81 Fristad, Sweden. (Defendant is referred to herein as "Uponor.")

### Jurisdiction and Venue

3. This is an action for Declaratory Judgment under 28 U.S.C. §§ 2201 and 2202 arising from an actual controversy between the parties with regard to non-infringement of United States Patent No. 6,106,761 (the "'761 patent").

4. This court has subject matter jurisdiction in accordance with 28 U.S.C. §§ 2201 and 2202 and, under the laws of the United States concerning actions relating to patents, 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has jurisdiction over Uponor because it makes regular sales of its products in this judicial district through its wholly owned subsidiary Uponor North America, Inc. including projects in Wauconda, Illinois, Lake Zurich, Illinois and Chicago, Illinois as featured on Uponor's website under "Case Studies." Copies of exemplary Illinois "Case Studies" from Uponor's website of sales Uponor has made in this judicial district are collectively attached hereto as Exhibit A.

6. Venue in this District is proper under 28 U.S.C. § 1391(b) and (c).

## Non-Infringement of U.S. Patent No. 6,106,761

7. Pexcor manufactures and sells polymer pipe, tubing, and other products for the plumbing and hydronic industries throughout the United States, including this judicial district.

8. Uponor manufactures and sells plumbing, heating and cooling, and fire safety systems including polymer pipes.

9. Based on representations made by Uponor, Uponor is the owner of the '761 patent entitled Method for Heating and/or Cross-Linking of Polymers and Apparatus issued to Michael Sjöberg, Jan Rydberg, and Jyrl Järvenkylä on August 22, 2000. A copy of the '761 patent is attached to this Complaint as Exhibit B.

10. On January 19, 2011, Pexcor received a letter from counsel for Uponor, alleging that the process used by Pexcor to manufacture its polymer pipe infringes the '761 patent. A copy of the letter is attached to this Complaint as Exhibit C.

11. Uponor's January 19, 2011 letter threatened that Uponor would enforce its patent rights in the '761 patent "in an aggressive and fulsome manner" through litigation if Pexcor did not immediately cease selling its polymer pipe products, provide an accounting of the sales of its polymer pipe product and deliver up its current polymer pipe inventory to Uponor.

12. Through its conduct and statements, Uponor has created a reasonable apprehension by Pexcor that Uponor will file a suit alleging Pexcor is infringing the '761 patent by making, offering for sale or selling Pexcor's polymer pipe products in the United States.

13. Each of the independent claims of the '761 patent require, among other things, that the wave lengths corresponding to the absorption peaks for the polymer material in respect of infrared radiation have been eliminated in the infrared radiation irradiating the polymer material.

14. Pexcor uses infrared radiation to manufacture its polymer pipe products, but it does not eliminate the wave lengths corresponding to the absorption peaks for the polymer material being irradiated.

15. Accordingly, Pexcor has not infringed, is not now infringing, and has not contributorily infringed or induced infringement of any valid claims of the '761 patent.

**WHEREFORE**, Pexcor prays for judgment against Defendant as follows:

A. A declaratory judgment that U.S. Patent No. 6,106,761 is not infringed, contributorily infringed, or infringed through inducement by Pexcor.

B. A preliminary and permanent order enjoining Defendant, Uponor, and those in active concert or participation with it, who receive actual notice thereof, from in any way charging or threatening patent infringement against Pexcor or any of Pexcor's current or prospective customers, suppliers, dealers, licensees, agents, servants, or employees based on the '761 patent.

C. An order awarding such other and further relief as the Court deems just and equitable.

**PEXCOR DEMANDS A JURY TRIAL ON ALL ISSUES.**

Dated: March 3, 2011                    By:      s/Thomas C. McDonough
                                                 One of Its Attorneys

                                                 Robert E. Browne
                                                 Thomas C. McDonough
                                                 Michael A. Carrillo
                                                 Gregory J. Leighton
                                                 Neal, Gerber & Eisenberg, LLP
                                                 2 North LaSalle Street, Suite 1700
                                                 Chicago, IL 60602
                                                 Phone: 312/269-8000